FILED

07/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0206

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA-20-206

BRENT YAGER,

      Petitioner/Appellant,

vs.

DEPARTMENT OF LABOR AND
INDUSTRY, UNEMPLOYMENT
INSURANCE APPEALS BOARD,
STATE OF MONTANA,
DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES,

      Respondents/Appellees.

## ORDER

ON MOTION by the Department of Labor and Industry and good cause

appearing, the motion to supplement the administrative record is approved.

So ORDERED on the __ day of July 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2020